1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD, III
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

10              UNITED STATES DISTRICT COURT

11              EASTERN DISTRICT OF CALIFORNIA

12  JAMES SANFORD,                    Case No. CIV.S. 04-2043 WBS PAN

13       Plaintiff,

14  v.

15  PRB MANAGEMENT, LLC DBA TACO      **STIPULATION FOR DISMISSAL AND**
    BELL, et al.,                     **ORDER THEREON**
16
17       Defendants.
                                    /

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, JAMES SANFORD, and defendants, PRB MANAGEMENT, LLC DBA TACO BELL, the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: June 6, 2005                         LAW OFFICES OF LYNN HUBBARD, III


                                             ___*/s/ Lynn Hubbard, III*_____
                                             LYNN HUBBARD, III
                                             Attorney for Plaintiff

Dated: _____, 2005                 DESOUZA LAW OFFICES


                                             _____*signature on file*_____
                                             JACQUELINE DESOUZA
                                             Attorney for Defendant PRB MANAGEMENT, LLC DBA TACO BELL

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-04-2043 WBS PAN, is hereby dismissed with prejudice.

Dated: June 16, 2005


                                             _____
                                             WILLIAM B. SHUBB
                                             UNITED STATES DISTRICT JUDGE